# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ZEFERINA ADELINA GOMEZ,

           Plaintiff,

   v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

           Defendant.

_____/

Case No. 1:18-cv-01162-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

## ORDER

Plaintiff Zeferina Adelina Gomez filed a complaint on August 24, 2018, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2.    The Clerk of Court is DIRECTED to issue a summons; and

3.    The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **August 28, 2018**           /s/ *Sheila K. Oberto*

                                    UNITED STATES MAGISTRATE JUDGE